**JOHN L. BURRIS, Esq., SBN 69888**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CASEY, an individual.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, et al.<br>. | Case No.: **4:18-cv-07731-KAW**<br><br>STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO AMEND PLAINTIFF'S SECOND AMENDED COMPLAINT |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendant by and through their designated counsel, that:

WHEREAS, Plaintiff filed his Complaint on December 26, 2018. **Dckt #1.**

WHEREAS, Defendant answered on February 4, 2019. **Dckt #4.**

WHEREAS, Plaintiff filed his First Amended Complaint as a matter of right on February 21, 2019. **Dckt #12.**

WHEREAS, Plaintiff on or about February 28, 2019, Plaintiff learned that there was reason to believe that Defendant Schmidt was not a Santa Rosa City employee but a Sonoma County employee.

WHEREAS, Plaintiff intends to amend his Second Amended Complaint to correct the mistake of naming Schmidt as a City Employee rather than County employee and include Sonoma County as a Defendant.

WHEREAS, the parties agree and stipulate to allowing Plaintiff leave to amend his complaint.

WHEREAS, for the aforementioned reasons, there exists good cause to amend the Complaint to name the deputy and County involved as Defendants.

Therefore, all parties stipulate and respectfully request the Court permit Plaintiff to file a Second Amended Complaint to correct the mistake of Defendant Schmidt's employee, and include the County.

Further, the parties respectfully request that the Court vacate the present Case Management Conference date to permit all the parties to make an appearance and participate in the reciprocal Initial Disclosures and prepare a Joint Case Management Statement.

IT IS SO AGREED.

Dated:  March 21, 2019                                   **Law Offices of John L. Burris**


                                                         ___/s/_Patrick M. Buelna_____
                                                         Patrick Buelna
                                                         Attorneys for Plaintiff

//

1  Dated:  March 21, 2019                              **City of Santa Rosa**

2                                                      **/s/ *John J. Fritsch*_____**
                                                       John Fritsch
3                                                      Attorneys for Defendants

4

5       **IT IS SO ORDERED.**

6                                      **DATE:**

7                                      _____
                                       **HONORABLE KANDIS A. WESTMORE**
8                                      **U.S. DISTRICT COURT MAGISTRATE JUDGE**
                                       **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25